UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-4648-DDP (AGRx) | Date | June 5, 2012 |
|---|---|---|---|
| Title | THIRD DEGREE FILMS, INC. v. JOHN DOES 1 through 7 | | |

| Present: The Honorable | Alicia G. Rosenberg, United States Magistrate Judge | |
|---|---|---|
| Marine Pogosyan | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiff | | Attorneys Present for Defendant |

**Proceedings:**     (In Chambers)  RE PLAINTIFFS' EX PARTE APPLICATION FOR LEAVE TO TAKE IMMEDIATE DISCOVERY

On June 4, 2012, Plaintiff Third Degree Films, Inc., filed an ex parte application for leave to serve third party subpoenas prior to a Rule 26(f) conference.  This matter is appropriate for adjudication without oral argument.  Fed. R. Civ. 78; Local Rule 7-15.

Plaintiff alleges that the John Doe defendants copied and distributed a website containing 35 federally registered copyrighted movies owned by Plaintiff.  (Complaint ¶ 2.)  Plaintiff seeks to serve third party subpoenas upon Road Runner, SBC Internet Services and Verizon Internet Services in order to discovery the identities of the Doe defendants.

IT IS HEREBY ORDERED that Plaintiff's ex parte application is GRANTED to the extent it seeks leave to serve a Fed. R. Civ. P. 45 subpoena on Road Runner, SBC Internet Services and Verizon Internet Services, prior to the Fed. R. Civ. P. 26(f) conference, limited to documents that identify the Doe Defendants, including their names, current addresses, telephone numbers, and e-mail addresses.

IT IS FURTHER ORDERED that any information disclosed to Plaintiff in response to the Fed. R. Civ. P. 45 subpoenas authorized in this Order shall be used by Plaintiff solely for the purposes of this litigation.

cc: The Parties

| | 0 | : | 0 |
|---|---|---|---|
| Initials of Preparer | | mp | |