UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   CV 12-04648 DDP (AGRx)                                   Dated: June 8, 2012

Title:   THIRD DEGREE FILMS, INC., a California corporation -v- JOHN DOES 1 through 7
==========================================================================
PRESENT:   HONORABLE DEAN D. PREGERSON, JUDGE

    John A. Chambers                                     None Present
    Courtroom Deputy                                     Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:            ATTORNEYS PRESENT FOR DEFENDANTS:

  None                                                                None

PROCEEDINGS:       MINUTE ORDER (IN CHAMBERS)

    This action has been assigned to the calendar of Judge Dean D. Pregerson.

    Counsel are encouraged to review the Central District's website for additional information. The address is **"http://www.cacd.uscourts.gov"**.

    It is not necessary to clear a motion date with the Court Clerk prior to filing the motion. The Court hears motions only on Mondays at 10:00 a.m.

    The Court requires delivery of <u>two</u> non-blue backed Mandatory Chambers Copies* of <u>only</u> the following manual and electronically filed documents to Room 244-J:

    (1)    All noticed motions and related documents;

    (2)    All *ex parte* applications and related documents; and

    (3)    <u>All exhibits and attachments must be separately tabbed</u>.

*[Refer to the Court's General Order No. 10-07 regarding ECF Courtesy Paper Copies.]


**\*\*Attention ECF Attorneys - Chambers Email Addresses are available under your Utilities menu.**


MINUTES FORM 11                                                 Initials of Deputy Clerk __JAC_____
CIVIL -- GEN