Leemore Kushner (SBN 221969)
KUSHNER LAW GROUP
801 North Citrus Avenue
Los Angeles, California 90038
Telephone: (323) 515-7894
Facsimile: (323) 544-8170
Email: lkushner@kushnerlawgroup.com

Attorneys for Plaintiff Third Degree Films, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THIRD DEGREE FILMS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>JOHN DOES 1 through 7,<br><br>Defendants. | Case No. CV 12-4648 DDP (AGRx)<br><br>**NOTICE OF VOLUNTARY DISMISSAL, WITHOUT PREJUDICE, OF DOES 1-7** |

1  PLEASE TAKE NOTICE that, pursuant to Fed.R.Civ.P. 41(a), Plaintiff hereby dismisses Does 1-7, without prejudice. Plaintiff recently received the names and identifying information of many of the Defendants in this case and is unable to coordinate service of process to properly serve the Defendants by the Rule 4(m) deadline. Plaintiff plans to further investigate and confirm the information provided by the Internet Service Providers and will re-file and serve against each Doe Defendant it deems necessary.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Defendants have neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

DATED: September 4, 2012          KUSHNER LAW GROUP

By:       /s/ Leemore Kushner
Leemore Kushner
Attorneys for Plaintiff Third Degree Films, Inc.

1
NOTICE OF VOLUNTARY DISMISSAL