| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION   ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO.  CV12-4648   DATE FILED | United States District Court, Central District of California |
| PLAINTIFF<br>Third Degree Films, Inc. | DEFENDANT<br>John Does 1-7 |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1  PA0001625752 | All Alone 3 | Third Degree Films, Inc. |
| 2  PA0001303126 | Ass Breeder 2 | Third Degree Films, Inc. |
| 3  PA0001737142 | Big Butt Oil Orgy | Third Degree Films, Inc. |
| 4  PA0001603790 | Big Loves 3 | Third Degree Films, Inc. |
| 5 | See attachment | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | | |
|---|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | | AUTHOR OF WORK |
| 1 | | | |
| 2 | | | |
| 3 | | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☒ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☒ No | DATE RENDERED<br>9/4/12 |
|---|---|---|
| CLERK<br>Terry Nafisi | (BY) DEPUTY CLERK<br>L Chai | DATE<br>9/6/12 |

DISTRIBUTION:
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
X 3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

Attachment to Report on the Filing or Determination of an Action or
Appeal Regarding a Copyright (cont.)

| Copyright Reg. No. | Title of Work | Author or Work |
|---|---|---|
| 5. PA0001737132 | Big Loves 5 | Third Degree Films, Inc |
| 6. PA0001728351 | Bleached to the Bone 2 | Third Degree Films, Inc |
| 7. PA0001737133 | Bum Rushed | Third Degree Films, Inc |
| 8. PA0001303120 | Camel hoe's 4 | Third Degree Films, Inc |
| 9. PA0001303119 | Crack addict 4 | Third Degree Films, Inc |
| 10. PA0001343058 | Crack addict 5 | Third Degree Films, Inc |
| 11. PA0001373056 | Crack addict 6 | Third Degree Films, Inc |
| 12. PA0001263886 | Cum beggars | Third Degree Films, Inc |
| 13. PA0001246269 | Don't tell my daddy | Third Degree Films, Inc |
| 14. PA0001728282 | Filthy 3 | Third Degree Films, Inc |
| 15. PA0001728478 | Oil Rigs | Third Degree Films, Inc |
| 16. PA0001728353 | Only in your Dreams | Third Degree Films, Inc |
| 17. PA0001598318 | Pretty Pussies Please 3 | Third Degree Films, Inc |
| 18. PA0001615689 | Pretty Pussies Please 4 | Third Degree Films, Inc |
| 19. PA0001625774 | Pure Sextacy 3 | Third Degree Films, Inc |
| 20. PA0001607086 | Ready Wet Go 4 | Third Degree Films, Inc |
| 21. PA0001632102 | Ready Wet Go 5 | Third Degree Films, Inc |
| 22. PA0001737113 | Ready Wet Go 6 | Third Degree Films, Inc |
| 23. PA0001303125 | Ready Wet Go | Third Degree Films, Inc |
| 24. PA0001607057 | Real Racks 4 | Third Degree Films, Inc |
| 25. PA0001728356 | Sweet Cream Pies 4 | Third Degree Films, Inc |
| 26. PA0001290633 | Tits Ahoy 2 | Third Degree Films, Inc |
| 27. PA0001603793 | Totally Fucked 2 | Third Degree Films, Inc |
| 28. PA0001598231 | Totally Fucked | Third Degree Films, Inc |
| 29. PA0001290628 | Up'r Class 2 | Third Degree Films, Inc |
| 30. PA0001333276 | Up'r Class 3 | Third Degree Films, Inc |
| 31. PA0001350116 | Up'r Class 4 | Third Degree Films, Inc |
| 32. PA0001598215 | Up'r Class 5 | Third Degree Films, Inc |
| 33. PA0001303124 | What gets you off 2 | Third Degree Films, Inc |
| 34. PA0001333290 | What gets you off 3 | Third Degree Films, Inc |
| 35. PA0001728344 | What gets you off 4 | Third Degree Films, Inc |